IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TIMOTHY OLGUIN,**

    Plaintiff,

v.                                                                              No. 18-cv-0370 SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security Administration,**

    Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse or Remand the Administrative Decision [Doc. 18], by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**