# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**TIMOTHY OLGUIN,**

    **Plaintiff,**

  v.                                  CIV. NO. 1:18-cv-00370-SMV

**ANDREW SAUL,**
  **Commissioner of Social Security,**

    **Defendant.**

## ORDER

Upon stipulation by the parties, it is hereby ORDERED that Plaintiff is awarded $5,555.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned the EAJA fees to her attorney, (2) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney and delivered to:

    Timothy Olguin
    c/o Barbara Jarvis, Esq.
    2131 Lead S.E.
    Albuquerque, NM 87106

September __12__, 2019
Las Cruces, New Mexico

                                            STEPHAN M. VIDMAR
                                            United States Magistrate Judge
                                            Presiding by Consent

Respectfully submitted this 11th day of September, 2019.

| For Plaintiff: | For Defendant: |
|---|---|

/s/  Barbara Jarvis   [1]
BARBARA JARVIS, P.A.
2131 Lead S.E.
Albuquerque, New Mexico 87106
(505) 246-9196 (phone)
(505) 246-8878 (fax)

JOHN C. ANDERSON
United States Attorney

*Filed Electronically 9/11/2019*
MANUEL LUCERO
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274
Manny.Lucero@usdoj.gov

—and—

M. THAYNE WARNER
Special Assistant United States Attorney
Office of the General Counsel, SSA
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
(303) 844-7237
thayne.warner@ssa.gov

---

[1] On September 11, 2019, by email message, Ms. Jarvis authorized Mr. Warner to electronically sign this document on her behalf.